■ WALLACK FREIGHT LINES, INC., Respondent, v NEXT DAY EXPRESS, INC., et al., Appellants. [666 NYS2d 452] —In an action, *inter alia,* for an injunction, the defendants appeal from an order of the Supreme Court, Suffolk County (Zelman, J.H.O.), dated April 29, 1997, which granted the plaintiff's motion for a preliminary injunction enjoining them, *inter alia,* from utilizing its client lists or servicing or soliciting its clients.

Ordered that the order is reversed, on the law, with costs, and the motion for a preliminary injunction is denied.

The Supreme Court incorrectly granted the plaintiff's application for a preliminary injunction (*see,* CPLR 6301). Although the hearing record demonstrates the likelihood of the plaintiff's success on the merits (*see, Skaggs-Walsh, Inc. v Chmiel,* 224 AD2d 680; *Nassau Soda Fountain Equip. Corp. v Mason,* 118 AD2d 764; *McLaughlin, Piven, Vogel v Nolan & Co.,* 114 AD2d 165), it fails to establish that the plaintiff will suffer irreparable injury absent the injunction, or that a balancing of the equities is in its favor (*see, Skaggs-Walsh, Inc. v Chmiel, supra; cf., McLaughlin, Piven, Vogel v Nolan & Co., supra*). Accordingly, the plaintiff's application for a preliminary injunction should have been denied. Mangano, P. J., Bracken, Altman and Goldstein, JJ., concur.